1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC., a Washington corporation; HAUTELOOK, INC., a California corporation; SARA BOO, a California business entity of form unknown; BIZMATCH SAN DIEGO, INC., a California corporation; IDEELI, INC., a Delaware corporation; and DOES 1-10,<br><br>        Defendants | Case No. **2:14-CV-04596 CBM (SHx)**<br><br>[Assigned to The Hon. Jude Consuelo B. Marshall]<br><br>**ORDER DISMISSING ACTION [JS-6]** |

## **ORDER:**

Having reviewed the parties' stipulation to dismiss this action with prejudice

1

**ORDER DISMISSING ACTION**

1 and finding good cause thereon,

2 IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.  All hearings are vacated.

IT IS SO ORDERED.

DATED:  OCTOBER 16,  2014  _____
                                              Hon. Consuelo B. Marshall
                                              United States District Judge